NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN JOHNSON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2009-3292

---

Petition for review of an arbitrator's decision in FMCS No. 090602-57266-1 by Alfred O. Haynes, Sr.

---

**ON MOTION**

---

**ORDER**

Karen Johnson moves for a one-week enlargement of time, until June 10, 2010, to file her corrected joint appendix.

The court previously granted an extension of time to file a corrected appendix until June 17, 2010. Thus, the motion is moot.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

**JUN 1 4 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Phillip R. Kete, Esq.
Hillary A. Stern, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 4 2010**

**JAN HORBALY**
**CLERK**